IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>                         Plaintiff,    )<br>                                                          )<br>v.                                                    )<br>                                                          )<br>TIFFANY R. LADEHOFF,              )<br>                                                          )<br>                         Defendant.  ) | Case No. 4:02CR3076<br><br><br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Motion to Review Detention, filing 79. The Court, being fully advised in the premises and noting that the government and probation office have no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released on June 28, 2007, to a member of the Federal Public Defender's office, to participate in treatment at St. Monica's.

IT IS FURTHER ORDERED that the defendant shall follow all conditions of supervised release previously imposed, including but not limited to, successfully completing the short-term residential treatment program at St. Monica's. Upon successful completion of the short-term program the defendant shall transition into the Project Mother Child Program. The defendant shall immediately report to the nearest United States Marshal's office upon being unsuccessfully discharged from St. Monica's.

June 26, 2007.                                          BY THE COURT:

                                                                  s/ *Richard G. Kopf*
                                                                  United States District Judge