IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **AMENDED ORDER** |
| TIFFANY R. LADEHOFF, | ) | |
| | ) | |
| Defendant. | ) | |

The Federal Public Defender's Office has advised the undersigned that St. Monica's will have a bed available for the defendant the week of July 2, 2007, rather than on June 28, 2007.

IT IS THEREFORE ORDERED that the defendant's attorney shall notify the U.S. Marshal of the appointed time of arrival at St. Monica's, and the defendant shall be released to a member of the Federal Public Defender's office, to participate in treatment at St. Monica's.

IT IS FURTHER ORDERED that the defendant shall follow all conditions of supervised release previously imposed, including but not limited to, successfully completing the short-term residential treatment program at St. Monica's. Upon successful completion of the short-term program, the defendant shall transition into the Project Mother Child Program. The defendant shall immediately report to the nearest United States Marshal's office upon being unsuccessfully discharged from St. Monica's.

June 27, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge