IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:02CR3076 |
| | ) | |
| TIFFANY R. LADEHOFF, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the September 6, 2007, disposition hearing in this case until a date and time certain for not less than 60 days.  Filing 82.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until November 9, 2007, at 12:30 p.m.  The defendant is ordered to appear at such time.

September 6, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge