IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:02CR3076 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TIFFANY R. LADEHOFF, | ) | |
| Defendant. | ) | |

    IT IS ORDERED that a hearing on the defendant's second motion to modify amended order concerning conditions of release (filing 87) is scheduled for Tuesday, November 6, 2007, at 1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    November 1, 2007.        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge