IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|                     Plaintiff,  ) | |
|                                 ) | |
| v.                              ) | Case No.  4:02CR3076 |
|                                 ) | |
| TIFFANY R. LADEHOFF,            ) | |
|                                 ) | |
|                     Defendant.  ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's unopposed motion to continue the March 19, 2008, disposition hearing in this case until a date and time certain for not less than 60 days, filing 93.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until May 21, 2008, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 19th day of March, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge