IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:02CR3076 |
| TIFFANY R. LADEHOFF, | ) ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue the May 21, 2008, disposition hearing in this case until a date and time certain for not less than 60 days, filing 95. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until July 22, 2008 at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 19th day of May, 2008.

BY THE COURT:

_____
s/ *Richard G. Kopf*
United States District Judge